UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  5:25-cv-01464-MWF-SHK                                      Date: September 8, 2025

Title     Linda Zepeda v. Ford Motor Company et al

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Maria Lindaya | Amy Diaz |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Russell Higgins | Cynthia Yi-San Sun |

**Proceedings:  PLAINTIFF'S MOTION FOR REMAND TO SUPERIOR COURT OF CALIFORNIA [16]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing. Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

|  | :08 |
|---|---|
| **Initials of Preparer** | mal |